# SUPERIOR COURT OF NEW JERSEY
## APPELLATE DIVISION

JOSEPH H. ORLANDO
CLERK

JOHN K. GRANT
DEPUTY CLERK

MARIE C. HANLEY
CHIEF COUNSEL

RICHARD J. HUGHES JUSTICE
COMPLEX
P.O. BOX 006
TRENTON, NEW JERSEY  08625-0006
(609) 815-2950

DATE:   October 08, 2020

TO:             ALL COUNSEL OF RECORD

TITLE:          M.J. V. R.S.
DOCKET NO.:     A-1071-19T1
OPINION FILED:  10/08/2020

Dear Counsel:

The opinion filed in the above matter was found to need typographical, grammatical or substantive change(s).  As a consequence, at the direction of the court, please substitute the enclosed copy of the opinion.  If you have any questions, please contact the Clerk's Office at 609-815-2950.

**Page 1, attorney appearance section**, Robert Seelogy, appellant, argued the cause pro se. should be R.S., appellant, argued the cause pro se.

JOSEPH H. ORLANDO
CLERK

Enclosure(s)

cc:  WestGroup
     Lexis/Nexis

F-Disp-4(rev 9/06)